**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00072-TFM-MU |
| DEMETRIUS DWAYNE POWELL | : |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, Demetrius Dwayne Powell, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered pleas of guilty to **Counts One and Six** of the Superseding Indictment charging violations of Title 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Methamphetamine (Actual), and Title 18 U.S.C. § 924(c)(1)(A)(i), Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements each such offense. The Court therefore recommends that the pleas of guilty be accepted and that Defendant Demetrius Dwayne Powell be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 26th day of August, 2025.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.