# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM. ACT. NO. 1:25-cr-72-TFM-MU |
| | ) | |
| DEMETRIUS DWAYNE POWELL | ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On August 25, 2025, the Defendant Demetrius Dwayne Powell, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Counts One and Six of the Superseding Indictment (Doc. 46) charging a violation of Title 21, United States Code, Section 846, Conspiracy to Possess with Intent to Distribute Methamphetamine (Actual), and a violation of Title 18, United States Code, Section 924(c)(1)(A)(i), Possession of a Firearm in Furtherance of a Drug Trafficking Crime. *See* Docs. 89, 90, 91. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 92. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Counts 1 and 6 of the Superseding Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **December 4, 2025 at 11:00 a.m.** under separate Order.

**DONE** and **ORDERED** this 10th day of September, 2025.

        /s/ Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES DISTRICT JUDGE